### WILSON CYPRESS CO. v. POZO Y MASCOS et al.

(Circuit Court of Appeals, Fifth Circuit. February 4, 1913.)

No. 2,354.

TAXATION (§ 5*)—PROPERTY TAXABLE—PUBLIC LANDS.

Public lands are not taxable by the state prior to the issuance of patent.

[Ed. Note.—For other cases, see Taxation, Cent. Dig. §§ 17, 31–44; Dec. Dig. § 5.*]

Appeal from the District Court of the United States for the Southern District of Florida; Jas. W. Locke, Judge.

Suit in equity by the Wilson Cypress Company against Enrique del Pozo y Mascos and others. Decree for defendants, and complainant appeals. Affirmed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

J. C. Cooper and C. M. Cooper, both of Jacksonville, Fla., for appellant.

Wm. W. Dewhurst, of St. Augustine, Fla., and Jos. H. Jones, of Orlando, Fla., for appellees.

Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The lands in controversy were not segregated from the public domain, and the title thereto remained in the United States until the issuance of the patent; therefore they were not taxable by the state of Florida at the several times they were listed for taxes and sold for nonpayment thereof.

In the other questions involved in the case we find no reversible error.

The decree appealed from is affirmed.